BEFORE THE SECOND DIVISION, NOVEMBER 29, 1956

**No. 60392.**—Concord Lace Co. *v.* United States, protests 263138–K and 283782–K (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of lace doilies similar in all material respects to those the subject of Abstract 58866, the claim of the plaintiff was sustained.